Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
BRODSKY SMITH
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BELL, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br>　vs.<br><br>BOTTLED SCIENCE INC. d/b/a SKINADE, and DOES 1-10, inclusive,<br><br>　　　　Defendant. | **Case No.: 2:22-cv-02322-GW-MAA**<br><br>**NOTICE OF SETTLEMENT**<br><br>Removed from Los Angeles County Superior Court Case No. 22STCV07754<br>Honorable David S. Cunningham, III<br>Department 11<br><br>State Action filed: March 3, 2022 |

**TO THE COURT:**

　　Please be advised that the Parties in the above captioned action have reached an agreement in principle to resolve the action, subject to executing the terms of a negotiated written settlement agreement, which they expect to accomplish within the next twenty-one (21) days.

Dated: May 16, 2022　　　　　　　　　　BRODSKY SMITH

　　　　　　　　　　　　　　　　　　　By: */s/ Evan J. Smith*
　　　　　　　　　　　　　　　　　　　Evan J. Smith (SBN 242352)
　　　　　　　　　　　　　　　　　　　Ryan P. Cardona (SBN 302113)
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

- 1 -
NOTICE OF SETTLEMENT