Evan J. Smith (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona (SBN 302113)
rcardona@brodskysmith.com
BRODSKY SMITH
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD BELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOTTLED SCIENCE INC. d/b/a SKINADE, and DOES 1-10, inclusive,<br><br>Defendant. | **Civil Case No.: 2:22-cv-02322-GW-MAA**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Richard Bell ("Plaintiff"), hereby voluntarily dismisses this action with prejudice as to the named Plaintiff, Richard Bell, only, and without prejudice as to the purported class. This notice of dismissal is being filed before service by Defendant of either an answer or a motion for summary judgment. Since no class has been certified and the dismissal is without prejudice as to the members of the putative class, notice to the purported class of this dismissal is not required. The dismissal of this Action is effective upon filing of this notice.

Dated: May 20, 2022

**BRODSKY SMITH**

By: */s/ Evan J. Smith*
Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Blvd., Ste. 900
Phone: (877) 534-2590
Facsimile (310) 247-0160

*Attorneys for Plaintiff*