JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BELL, | Case No. CV 22-2322-GW-MAAx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| BOTTLED SCIENCE, INC., et al., | |
| Defendants. | |

Based upon the Notice of Voluntary Dismissal [14], it is hereby ORDERED that this action is dismissed with prejudice as to the named Plaintiff, Richard Bell, only, and without prejudice as to the purported class.

IT IS SO ORDERED.

Dated: May 23, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE